# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martha Ortega Santacruz,<br><br>    Plaintiff,<br><br>v.<br><br>Ur Jaddou, et al.,<br><br>    Defendants. | No. CV-24-00420-TUC-JCH<br><br>**ORDER** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 7). Because Plaintiff has filed her Notice of Voluntary Dismissal before any Defendant has served an answer or motion for summary judgment, there is nothing for the Court to do other than terminate the action. Fed. R. Civ. P. 41(1); *see American Soccer Co. v. Score First Enters.*, 187 F.3d 1108, 1110 (9th Cir. 1999). As stated in the Notice and in accordance with Fed. R. Civ. P. 41(1)(B), the action will be dismissed with prejudice.

Accordingly,

**IT IS ORDERED** directing the Clerk of the Court to dismiss Plaintiff's complaint with prejudice and close this case.

Dated this 9th day of December, 2024.

John C. Hinderaker
United States District Judge